**CARLSON LYNCH LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
Scott G. Braden (CA 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone: 619.762.1910
Facsimile: 619.756.6991

*Attorneys for Plaintiff and Proposed Class Counsel*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROWN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADIDAS AMERICA, INC., an Oregon corporation, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No.:<br><br>**DECLARATION IN SUPPORT OF JURISDICTION** |

I, Todd D. Carpenter, declare under penalty of perjury the following:

1. I am an attorney duly licensed to practice before all of the courts in the State of California. I am a partner and part-owner of Carlson Lynch LLP, and the counsel of record for Plaintiff Christopher Brown ("Plaintiff") in the above-entitled action.

2. Defendant Adidas America, Inc. ("Adidas") has done, and is doing, business in the County of San Diego. Such business includes the marketing, distributing, and sale of its athletic clothing, shoes, accessories, and more at its Adidas retail outlet stores.

3. Plaintiff Christopher Brown purchased a pair of light grey Adidas Sweatpants at an Adidas outlet store located at the Las Americas Premium Outlets, 4201 Camino De La Plaza, San Diego, CA 92173 on May 20, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 28, 2021, in San Diego, California.

**CARLSON LYNCH LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1910
Facsimile:   (619) 756-6991

*Attorneys for Plaintiff and
Proposed Class Counsel*