Case 3:21-cv-01686-L-LL   Document 1-3   Filed 09/28/21   PageID.32   Page 1 of 1

**CARLSON LYNCH LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
Scott G. Braden (CA 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:   619.762.1910
Facsimile:    619.756.6991

*Attorneys for Plaintiff and Proposed Class Counsel*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROWN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ADIDAS AMERICA, INC., an Oregon corporation, and DOES 1- 50, inclusive, <br><br> Defendants. | Case No.: '21CV1686 L    LL <br><br> **TABLE OF CONTENTS OF EXHIBITS** |

| Exhibit No. | Description | Pages |
|:---:|:---:|:---:|
| A | Investigation Summary | 1-2 |