# EXHIBIT A

**Adidas**

| | Womens' White Cross Tank | Mens' Blk Club three strip tee | Mens Run 3 strip black TGT | Dark Grey Boys Hoodie 027 Style:AA6430 HI130 | Mens DK Grey three strip shorts | Response Crew DX 1990 | 3 Stripes Tee shirt Purple | 3 Str Tight; CE 2441 |
|---|---|---|---|---|---|---|---|---|
| Reference Price: | $28.00 | $40.00 | $55.00 | $45.00 | $28.00 | $50.00 | $35.00 | $40.00 |
| "Our Price": | $19.99 | $24.99 | $39.99 | $29.99 | $19.99 | $39.99 | N/A | N/A |
| % Off "Our Price": (below) | | | | | | | | |
| Monday 2/4/19 Continuously discounted through: | 40% Off | 40% Off | 40% Off | 40% Off | 40% Off | 40% Off | 40% Off | 40% Off |
| Tuesday 6/18/19 | 40% Off | 40% Off | 40% Off | 40% Off | 40% Off | 40% Off | 40% Off | 40% Off |