**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone:  (619) 762-1900
Facsimile:   (619) 756-6991

*Attorneys for Plaintiff and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROWN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ADIDAS AMERICA, INC., an Oregon corporation, and DOES 1- 50, inclusive, <br><br> Defendants. | Case No. 3:21-cv-01686-L-LL <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Christopher Brown pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: December 20, 2021          **LYNCH CARPENTER, LLP**

                                  By:  */s/ Todd D. Carpenter*
                                       Todd D. Carpenter (CA 234464)
                                       todd@lcllp.com
                                       Scott G. Braden (CA 305051)
                                       scott@lcllp.com
                                       1350 Columbia St., Ste. 603
                                       San Diego, California 92101
                                       Telephone:  (619) 762-1900
                                       Facsimile:   (619) 756-6991

                                       *Attorneys for Plaintiff and Proposed Class Counsel*